# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Elaine Street,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-21-00179-PHX-JJT (DMF)<br><br>**ORDER** |

Magistrate Judge Deborah M. Fine has submitted a Report and Recommendation ("R&R") in this matter, recommending that the Court affirm the decision of the Commissioner of Social Security adopting the Administrative Law Judge's ruling and denying Plaintiff's application for Disability Insurance Benefits under the Social Security Act. In the R&R, Judge Fine advised the parties that they had 14 days from the date of its service to file any written objections with the court, and that failure to do so "may result in the acceptance of the Report and Recommendation by the District Court without further review." (Doc. 26 at 47.)

Well over 14 days from entry of the R&R have now elapsed and no party has filed any objections thereto. Pursuant to *United States v. Reyna-Tapia*, 328 F. 3d 1114, 1121 (9th Cir. 2003), and as Judge Fine advised the parties, the Court is entitled to accept the R&R without further review. It has nonetheless undertaken a thorough review of Judge Fine's meticulous and exhaustive 47-page R&R and concludes that her recommendation

1  and her underlying analysis are both legally correct. Substantial evidence supports the
2  ALJ's non-disability determination in this matter; he therefore did not err in his decision.
3  Therefore, the Court will adopt the R&R and affirm the ALJ's decision of no disability.

4      **IT IS ORDERED** adopting Judge Fine's R&R (Doc. 26).

5      **IT IS FURTHER ORDERED** affirming the ALJ's determination of nondisability
6  in this matter. The Clerk of Court will enter judgment for Defendant and terminate this
7  matter.

8      Dated this 16th day of May, 2022.

                      Honorable John J. Tuchi
                      United States District Judge